**Order filed October 18, 2019.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-19-00810-CV

———————

## IN RE MICROWAVE NETWORKS INC., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**165th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-64733-A**

## ORDER

On October 17, 2019, real party-in-interest ABC Assembly LLC ("ABC") filed a motion, asking this court for leave to file under seal, Exhibit 8 to ABC's Appendix (Corporate Representative Deposition Transcript of MNI dated October 16, 2019) in support of its Response for Emergency Stay ("Exhibit 8").

ABC has not provided this court with a permanent sealing order from the trial court that complies with the requirements of Rule 76a of the Texas Rules of Civil Procedure that seals Exhibit 8. Among other things, Rule 76a requires the sealing order to state, "the specific reasons for finding and concluding whether the showing required by paragraph 1, has been made; the specific portions of court records which are to be sealed; and the time period for which the sealed portions of the court records are to be sealed." Tex. R. Civ. P. 76a(6).

ABC has until December 13, 2019, to supplement the mandamus record with a copy of a permanent sealing order pertaining to Exhibit 8 that complies with Rule 76a. Failure to do so will result in the denial of ABC's motion for leave to file Exhibit 8 under seal, unless, before that date, ABC presents briefing, with citations to authority, establishing a valid legal basis on which this court may Exhibit 8 under seal without an order showing Exhibit 8 has been permanently sealed in accordance with Rule 76a.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.